# James Benny Jackson v. Oil-Dri Corporation of America, et al.

Sandra Wheeler

September 7, 2017



Mississippi - Louisiana - Tennessee - New York
www.brookscourtreporting.com

EXHIBIT I

Sandra Wheeler 9/7/2017

```
 1    do you have an opinion as to whether he was
 2    substantially limited or even affected in one of
 3    these major life activities.  I'm going to go through
 4    the list.
 5         A.   Are you talking about on the day that I saw
 6    him?
 7         Q.   No.  I'm talking about in July of 2015.
 8         A.   Because I never saw him before that.
 9         Q.   Well, I'm going to go through the list and
10    you just tell me if you have an opinion about his
11    abilities in July of 2015.  Was he limited in his
12    ability to care for himself; do you know?
13         A.   I don't know.
14         Q.   Do you have an opinion whether he was
15    limited in his ability to perform manual tasks in
16    July 2015?
17         A.   I do not know.
18         Q.   Do you have an opinion as to whether he was
19    limited in his ability to see in July of 2015?
20         A.   I do not know.
21         Q.   With regard to his ability to hear?
22         A.   I do not know.
23         Q.   With regard to his ability to eat?
24         A.   I do not know.
25         Q.   With regard to his ability to sleep?
```

Sandra Wheeler 9/7/2017

```
 1      A.    I do not know.
 2      Q.    With regard to his ability to walk?
 3      A.    I do not know.
 4      Q.    His ability to stand?
 5      A.    I do not know.
 6      Q.    His ability to lift?
 7      A.    I do not know.
 8      Q.    His ability to bend?
 9      A.    I do not know.
10      Q.    His ability to speak?
11      A.    I do not know.
12      Q.    His ability to breathe?
13      A.    I do not know.
14      Q.    His ability to learn?
15      A.    I do not know.
16            MR. WOODRUFF:  I'm sorry.  I just
17 can't hear.  Is there any way we can get the phone
18 closer to her?  I can't hear what she's saying.
19            MS. CANNADY:  I'll scoot it a little
20 bit closer.  It's getting farther from me.  Where did
21 I leave off with?
22            MR. WOODRUFF:  I can hear you fine.  I
23 just can't hear her.
24            THE COURT REPORTER:  Ability to learn.
25            MS. CANNADY:  Did she answer?
```

Sandra Wheeler 9/7/2017

```
1              THE COURT REPORTER:  I do not know.
2       Q.   (Ms. Cannady)  His ability to read?
3       A.   I do not know.
4       Q.   His ability to concentrate?
5       A.   I do not know.
6       Q.   His ability to think?
7       A.   I do not know.
8       Q.   His ability to communicate?
9       A.   I do not know.
10      Q.   His ability to work?
11      A.   I do not know.
12      Q.   What about did he have any condition that
13   affected his immune system in July of 2015?
14      A.   I do not know.
15      Q.   Normal cell growth in 2015?
16      A.   I do not know.
17      Q.   His digestive system in July 2015?
18      A.   I do not know.
19      Q.   His bowels?
20      A.   I do not know.
21      Q.   His bladder?
22      A.   I do not know.
23      Q.   His neurological system?
24      A.   I do not know.
25      Q.   His brain?
```

Sandra Wheeler 9/7/2017

```
 1       A.    I do not know.
 2       Q.    His respiratory system?
 3       A.    I do not know.
 4       Q.    His circulatory system?
 5       A.    I do not know.
 6       Q.    His endocrine system?
 7       A.    I do not know.
 8       Q.    His reproductive system or functions?
 9       A.    I do not know.
10       Q.    Do you have any knowledge whatsoever about
11  his health condition in July of 2015?
12       A.    I do not know.
13             MS. CANNADY:  Okay.  That's all I
14  have.
15             MR. WOODRUFF:  No questions.  Thank
16  you.
17             THE COURT REPORTER:  Ron, this
18  deposition I'm taking for Ginger Brooks and they
19  require me to get on the record whether you order a
20  copy or not.  Can you state that you want a copy of
21  all three depositions if you do?
22             MR. WOODRUFF:  We do want a copy.
23             (Deposition concluded at 3:38 p.m.)
24
25
```