# James Benny Jackson v. Oil-Dri Corporation of America, et al.

Jacqueline Frazier, FNP

September 20, 2017



Mississippi - Louisiana - Tennessee - New York
www.brookscourtreporting.com

**EXHIBIT L**

Jacqueline Frazier, FNP 9/20/2017

```
 1        A.   Yes, ma'am.
 2        Q.   Have you discussed the fact that you were
 3   designated as an expert with Mr. Jackson?
 4        A.   No.
 5        Q.   Or his attorneys?
 6        A.   No.
 7        Q.   With regard to the time period of July of
 8   2015 do you know or have any opinion to whether
 9   Mr. Jackson's ability to care for himself was
10   affected by any medical condition?
11        A.   Not a medical condition that I saw him for.
12        Q.   And I'm speaking specifically to July of
13   2015.
14        A.   I didn't see him in 2015.
15        Q.   So you don't have any opinion as to whether
16   he could care for himself in July of 2015?
17        A.   No, ma'am.
18        Q.   What about his ability to perform manual
19   tasks in July of 2015?
20        A.   I have -- no.
21        Q.   What about his ability to see in July of
22   2015?
23        A.   No.
24        Q.   His ability to hear in July of 2015?
25        A.   No.
```

Jacqueline Frazier, FNP 9/20/2017

```
1    Q.  His ability to eat in July of 2015?
2    A.  No.
3    Q.  His ability to sleep in July of 2015?
4    A.  No.
5    Q.  His ability to walk in July of 2015?
6    A.  No.
7    Q.  His ability to stand in July of 2015?
8    A.  No.
9    Q.  His ability to lift in July 2015?
10   A.  No.
11   Q.  His ability to bend in July of 2015?
12   A.  No.
13   Q.  His ability to speak in July of 2015?
14   A.  No.
15   Q.  His ability to breathe in July 2015?
16   A.  No.
17   Q.  His ability to learn in July of 2015?
18   A.  No.
19   Q.  His ability to read in July of 2015?
20   A.  No.
21   Q.  His ability to concentrate in July of 2015?
22   A.  No.
23   Q.  His ability to think in July of 2015?
24   A.  No.
25   Q.  His ability to communicate in July of 2015?
```

Jacqueline Frazier, FNP 9/20/2017

```
 1       A.   No.
 2       Q.   His ability to work in July of 2015?
 3       A.   No.
 4       Q.   Do you know whether he had any medical
 5   condition in July of 2015 that affected his immune
 6   system?
 7       A.   I don't.
 8       Q.   Normal cell growth?
 9       A.   No.
10       Q.   His digestive system?
11       A.   No.
12       Q.   His bowel system?
13       A.   No.
14       Q.   Bladder?
15       A.   No.
16       Q.   His neurological function?
17       A.   No.
18       Q.   Brain?
19       A.   No.
20       Q.   His respiratory system?
21       A.   No.
22       Q.   His circulatory system?
23       A.   No.
24       Q.   Whether he had any issues with endocrine
25   function?
```

Jacqueline Frazier, FNP 9/20/2017

```
 1        A.  No.
 2        Q.  Reproductive functions?
 3        A.  No.
 4        Q.  Do you have any knowledge whatsoever about
 5   what Mr. Jackson's medical condition was in July
 6   2015?
 7        A.  No.
 8        Q.  And I believe you said you don't know
 9   whether he was employed in July of 2015, correct?
10        A.  I don't.
11        Q.  So you don't have any opinion as to whether
12   Mr. Jackson was able to work in July of 2015?
13        A.  I don't.
14            MS. CANNADY:  Okay.  That's all the
15   questions I have.
16            MR. WOODRUFF:  No questions.
17
18            (AND FURTHER DEPONENT SAITH NOT; SIGNATURE
19   WAIVED.)
20
21
22
23
24
25
```