# Short-Term Disability Claim Form

Mutual of Omaha Insurance Company
United of Omaha Life Insurance Company
Group Insurance Claims Management
Mutual of Omaha Plaza Omaha, NE 68175 – 0001
Phone 800-877-5176   Fax 402-997-1865



## Section 1 – Employee Statement (Answer all questions to avoid delay)

| Current Employer's Name | Group ID Number | Job Title | Hours Worked Per Week |
|---|---|---|---|
| Blue Mountain Production Company | G0000ARAF | Lab Technician | 40 |

**Name:** James Benny Jackson

| Address | City | State | Zip |
|---|---|---|---|
| [redacted] | Ripley | MS | 38663 |

| (Area Code) Home Telephone Number | (Area Code) Cellular Telephone Number | Social Security Number |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Date of Birth | Height | Weight | Dominant Hand: | Male ✓ / Female | Single / Married ✓ | Widowed / Divorced |
|---|---|---|---|---|---|---|
| 06/04/1953 | 6'2" | 250 | X Right ___ Left | Male | Married | |

| Date of Disability (1st Day Absent) | Date First Treated | Estimated return to work date |
|---|---|---|
| 04/27/2015 | 04/27/2015 | Not known |

Nature of illness and when symptoms first appeared, or describe how and where accident occurred.
**Chronic cough & shortness of breath.**

Was the disability work related? ___ Yes  X  No       Have you filed a Workers' Compensation claim? ___ Yes ___ No

Was disability related to a motor vehicle accident or is another third party liable? ___ Yes  X  No

**Physician's Name:** Micheal D. Wilons, MD

Other income you have filed for, are receiving, or are eligible for:

| | Amount | Date Claim Filed | Date Benefits Began |
|---|---|---|---|
| Workers' Compensation | $ N/A | | |
| State Disability | $ | | |
| Other | $ | | |

**Important Notice:** If you are age 60 or over, please contact your employer within 31 days of disability to preserve your group life insurance conversion privileges

Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing false, incomplete, or misleading information is guilty of a felony of the third degree.

Employee's Signature: *J Benny Jackson*   Date 5-5-15



Exhibit "14"

MUG6110A_032910    Page 1 of 6    Form continued on Page 2

DFTS 000002

## Authorization to Disclose Health Information to my Employer

I authorize Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company to disclose health information about me to my employer, and to my employer's broker. I understand that my employer, and its broker, will use this information to monitor and manage the disability benefits program provided under my Group Disability policy. I also understand that my employer and its broker will use the information solely for the purposes of auditing disability benefits paid, providing claims assistance, determining waiver or discontinuance of premium deductions, and coordinating with other subsidized salary continuance plans my employer may offer.

The health information that may be disclosed pursuant to this authorization includes such items as medical history, mental and physical condition, prescription drug records and alcohol or drug use.

I understand that I may refuse to sign this authorization. I realize that if I refuse to sign, my claim for benefits may not be paid.

**This authorization is valid for 24 months from the date I sign it. I understand that I may revoke this authorization at any time. If I would like to revoke this authorization, I should send my revocation request to:**

ATTN: Group Insurance Claims Management
Mutual of Omaha Insurance Company / United of Omaha Life Insurance Company
Mutual of Omaha Plaza
Omaha, NE 68175-0001

Or

Fax: 402-997-1865

I also understand that any revocation of this authorization will not affect any use or disclosure of health information that occurred prior to receipt of my revocation.

I understand that I am entitled to receive a copy of this authorization.

James Benny Jackson, ▓▓▓▓▓▓▓▓▓▓▓, Ripley, MS 38663
(Printed Name and Address)

_[signature]_     5-5-15
(Signature)      (Date)

OR

**If applicable:** I am the legal representative of the person whose financial and health information is to be disclosed, and I am authorized to grant permission on behalf of that person.

Printed Name of Legal Representative _____

(Signature of Legal Representative)     (Type of Legal Rep.)

(Date)

DFTS 000003

FAX NUMBER (402) 997-1865    Form must be completed in full at no expense to Mutual of Omaha    Page 3 of 6

## Authorization to Disclose Personal Information

Personal information includes medical history, mental and physical condition, prescription drug records, alcohol or drug use, financial and occupational information.

I authorize any physician, medical or dental practitioner, hospital, clinic, pharmacy benefit manager, other medical care facility, health maintenance organization, insurer, employer, consumer reporting agency and any other provider of medical or dental services to release records containing the personal information of:

Claimant/Patient Name: James Benny Jackson

I authorize personal information to be faxed or mailed to.

Fax: 402-997-1865

Group Insurance Claims Management
Mutual of Omaha Insurance Company/United of Omaha Life Insurance Company
Mutual of Omaha Plaza
Omaha, NE 68175-0001

I understand that the personal information disclosed will be used by Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company to evaluate my claim for disability benefit plan reimbursement and that if I refuse to sign this authorization my claim for benefits may not be paid.

I understand that if the person or entity to whom information is disclosed is not a health care provider or health plan subject to federal privacy regulations, such personal information may be re-disclosed without the protection of the federal privacy regulations.

I understand that this authorization will expire 24 months after the date signed.

I understand that I may revoke this authorization at any time by faxing or mailing a request to Mutual of Omaha Insurance Company and United of Omaha Life Insurance using the contact information provided above. If I revoke this authorization, it will not affect any use or disclosure of personal information that occurred prior to the receipt of my revocation.

I understand that I am entitled to receive a copy of this authorization and that a copy is as valid as the original.

Name(s) used for records (if different than the name below): _____
Signature of Claimant: _[signature]_
Date Signed: 5-5-15

If Applicable: I am the legal representative of the claimant and I am authorized to grant permission on behalf of the claimant.

Printed name of Legal Representative: _____
Signature of Legal Representative: _____
Type of Legal Representative: _____

THIS AUTHORIZATION COMPLIES WITH HIPAA AND OTHER FEDERAL AND STATE LAWS

DFTS 000004

FAX NUMBER (402) 997-1865     Form must be completed in full at no expense to Mutual of Omaha     Page 4 of 6

**Section 2 - Employer's Statement** (Answer all questions to avoid delay)

| Company Name | Group ID Number | Master Policy Number |
|---|---|---|
| Blue Mountain Production Company | G0000ARAF | |

| Class No or Description | Division / Location No or Description |
|---|---|
| | |

| Address | City | State | Zip | Email Address |
|---|---|---|---|---|
| 31 CR 827 | Blue Mountain | MS | 38663 | rhonda.barnes@oildri.com |

Employee's Name: James Benny Jackson

Weekly earnings as defined by the Plan: $285.00
(Please note: Benefits will be calculated based on premium received.)

Number of weekly hours worked: 40

Was disability caused by employment? ___ Yes _X_ No     Has workers' compensation claim been filed? ___ Yes _X_ No

Does the employee contribute toward the premium? ___ Yes _X_ No

If yes, what percent is paid by the employee? ____ % Pre-tax ___ Post-tax ___?

Employee's payroll classification (circle one) ___ Exempt ___ Non-Exempt ___ Salaried _X_ Hourly ___ Union ___ Non-Union ___ Other

How was the employee paid? _____

Is this employee eligible for salary continuation / sick leave? ___ Yes _X_ No     If yes, what is the weekly amount? $_____

When do benefits begin? _____ End? _____

Date of Hire: 02/20/2000     Date Covered Under This Plan: 4/20/2000

Does Mutual of Omaha cover the employee for group long-term disability? ___ Yes _X_ No

Does United of Omaha Life Insurance Company cover the employee for group life? _X_ Yes ___ No     If so, please complete the following

Name of employee's beneficiary according to your records: Wanda Jackson     Relationship to employee: Spouse

**Important Notice:** For employees age 60 or over, refer to the policy provisions regarding group life continuation and conversion rights.

Please contact employee's direct supervisor and then circle the strength demand below which best describes the employee's job:

Circle One:
- S – Sedentary — 10 lbs. Maximum lifting, occasional lift/carry of small articles. Some occasional walking or standing may be required.
- L – Light — 20 lbs. Maximum lifting with frequent lift/carry up to 10 lbs. A job is light if less lifting is involved but significant walking/standing is done or if done mostly sitting but requires push/pull on arm or leg controls.
- M – Medium — 50 lbs. Maximum lifting with frequent lift/carry up to 25 lbs
- H – Heavy — 100 lbs. Maximum lifting with frequent lift/carry up to 50 lbs
- V – Very Heavy — Over 100 lbs. Lifting with frequent lift/carry over 50 lbs.

| Employee's Job Title: Lab Technician | Last Day at Work 04/23/15 |
|---|---|

What was the employee's employment status on the first day absent? Active

| Description of major job duties – Please attach job description | Has the employee returned to work? ___ Yes _X_ No |
|---|---|
| Packaging Job includes all duties for Lab Technician. | a) If yes, when? <br> b) If not, what is the estimated return to work date? |

Can the employee's job be modified? ___ Yes ___ No

| Signature of Person Completing Claim Form | Title of Person Completing Claim Form |
|---|---|
| Rhonda Barnes | Human Resources Coordinator |

| Date Signed | (Area Code) Phone Number | (Area Code) Fax Number | Email Address |
|---|---|---|---|
| 5/5/15 | (662)685-4386 ext.5002 | (662)685-4341/(662)837-3027 | rhonda.barnes@oildri.com |

Please notify us if the Employee returns to work after the submission of this form.

MUG6110A_032910     Page 4 of 6     Form continued on Page 5

DFTS 000005

From:                                                                                05/13/2015 11:49      #914 P.006/007

05/06/2015   08:34      6626854386                          BLUE MOUNTAIN PRODUC                  PAGE   12

FAX NUMBER (402) 997-1865        Form must be completed in full at no expense to Mutual of Omaha        Page 5 of 6

**Section 3 – Attending Physician's Statement (Answer all questions to avoid delay)**

| Employer Name | Group ID Number |
|---|---|
| | |

| Name of Patient (Last, First, MI) – Please Print | Date of Birth |
|---|---|
| Jackson James Benny | 6-4-53 |

| Diagnoses | ICD-9 Code(s) |
|---|---|
| Post infection bronchospasm, bronchospastic airway disease | 519.11, 519.19 |

| Symptoms | Date symptom first appeared |
|---|---|
| cough, congestion, shortness of breath, wheeze | Dec 2014 |

| Initial date of treatment: 4-27-15 | Last date of treatment: April W16 | Next date of treatment / office visit: 5/27/15 |
|---|---|---|

Is disability due to: ___ Accident / Injury    ✓ Sickness      Is the disability work related? ✓ Yes ___ No

If applicable, list the surgical procedure(s) - Describe fully and provide dates if any.

**If disability is due to Pregnancy, please provide the information below.**

| Date of Last Monthly Period | Expected Date of Delivery | Expected Type of Delivery ___ Vaginal ___ Cesarean Section |
|---|---|---|
| | | |

| Actual Date of Delivery | Actual Type of Delivery ___ Vaginal ___ Cesarean Section |
|---|---|
| | |

**If any of the following questions are answered "Yes," then please provide the information to the right of that question.**

| | | | |
|---|---|---|---|
| Was the patient treated in an Emergency Room? ___ Yes ✓ No | Date treated | Name of Hospital | Name of Physician |
| Did another physician treat the patient? ✓ Yes ___ No | Date treated 4/27 | Physician's Name and Address Michael Winans MD | Memphis Lung Physicians Foundation 6027 Walnut Grove MFC Bld 36/20 side 50 |
| Was the patient hospital confined? ___ Yes ___ No | Dates Confined in Hospital: From ___ To ___ | Name of Hospital | |
| Did patient have outpatient surgery in a hospital or ambulatory surgical center? ___ Yes ___ No | Date of surgery | Name of Facility | |

**Functional Limitations – Abilities**

Indicate frequency per day the listed activity can be performed. (n = never; o = occasional; c = constant)

Indicate longest single time durations each activity can be performed

| Lifting | Carrying | | Sitting Total time on feet | Kneeling | R: Finger Dexterity L: Finger Dexterity |
|---|---|---|---|---|---|
| ___ 1-5 lbs. | ___ 1-5 lbs. | | | | |
| ___ 6-10 lbs. | ___ 6-10 lbs. | | ___ Standing | ___ Inside | R: Below Shoulder L: Below Shoulder } Reaching |
| ___ 11-25 lbs. | ___ 11-25 lbs. | | ___ Walking | | |
| ___ 26-50 lbs. | ___ 26-50 lbs. | | ___ Bending | ___ Outside | R: Above Shoulders L: Above Shoulders |
| ___ 51-100 lbs. | ___ 51-100 lbs. | | ___ Squatting | Working with Others | |
| ___ Over 100 lbs | ___ Over 100 lbs | | ___ Stooping | ___ Other (explain) | |

Has persistent resp issue Bronchospasm, in work environment. Removing him to green control [illegible] has failed & the while [illegible]

Please notify Us if the Employee returns to work after the submission of this form.

MUG6110A_032046                                                Page 5 of 6                                                Form continued on Page 6

DFTS 000006

From: 05/13/2015 11:49 #914 P.007/007

05/06/2015 08:34 6626854386 BLUE MOUNTAIN PRODUC PAGE 13

FAX NUMBER (402) 997-1865    Form must be completed in full at no expense to Mutual of Omaha    Page 6 of 6

Mental Limitations – Abilities

| | Excellent | Good | Fair | Guarded |
|---|---|---|---|---|
| Judgment / decision making | | | | |
| Deal with work stresses | | | | |
| Function Independently | | | | |
| Concentration / Attention span | | | | |
| Emotional liability | | | | |
| Caring for self / family | | | | |
| Estimate overall prognosis | | | | |

The patient has been continuously disabled (unable to work) from _____ to _____

Is the patient able to work with job modifications? ___ Yes ___ No

The patient should be able to work ___ full-time / ___ part-time on _____, or a specific date is unavailable. in ___ 1 month, _✓_ 1 to 3 months, ___ 3 to 6 months, or ___ Other (please specify)

Remarks and/or treatment plan

*Return of allergic when return to work. He could cause further time out of work environment*

Name of the Attending Physician – Please Print: Dr Mike Wilons
Specialty / Degree(s): Pulmonary
Tax Identification Number: 
Address (No., Street, City, State, Zip): 6025 Walnut Grove Memphis, TN 38120
(Area Code) Telephone Number: 901-767-5864
(Area Code) Fax Number: 901-767-6591

If necessary, whom can we contact at the attending physician's office for additional information?

Name:     (Area Code) Telephone Number:

Signature of the Attending Physician: *[signature]*    Date:

Please notify us if the Employee returns to work after the submission of this form.

MUG6110A 032910      Page 6 of 6

DFTS 000007