Jackson, James B (MR # 12565909)  
Encounter Date: 07/15/2015

IMPRESSION: Persistent respiratory tract infection with complete clearance and resolution after removal from the work environment, where he has exposure to dust and chemicals, has resolved his issues. His breathing is completely back to baseline and he feels much better. His main issues right now are related to his back and his leg pain which are limiting his functional capacity and also causing difficulty at work. He is considering taking early retirement. We will continue a round of steroids for a short interval to give him some relief from his back and help him continue to resolve his chest. We will begin weaning off pulmonary medications because it looks like staying out of the work environment will keep him from requiring chronic pulmonary medications to control his breathing.

ss  1058187  DT: 07/16/2015 09:32  
DD: 07/15/2015 17:15

will arrange for overnight oximetry to evaluate edema. Had neg sleep study but question Nocturnal Hypoxia with restless sleep , snoring May need nocturnal oxygen

Electronically signed by Michael D Wilons, MD at 7/15/2015 5:19 PM  
Electronically signed by Michael D Wilons, MD at 7/15/2015 5:22 PM  
Electronically signed by Michael D Wilons, MD at 7/16/2015 1:44 PM

**Links**
Previous Version

**Cosign Info** (Current Encounter)

| Filed Date | Category | Author | Author Type | Note Status | Cosign Status | Designated Cosigner | Note ID |
|---|---|---|---|---|---|---|---|
| 7/16/15 1344 | Progress Notes | Wilons, Michael D, MD | Physician | Addendum | Cosign Not Required | | 138110725 |
| 7/15/15 1719 | Patient Instructions | Wilons, Michael D, MD | Physician | Signed | Cosign Not Required | | 138259958 |

**Chart Review Routing History**

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Waide & Associates, P.A.  Fax: 662-842-8056  Phone: 662-842-7324 | Fax | Note Review | Amber Poley [POL0964] | 11/23/2016 2:57 PM | 7/15/2015 |

Jackson, James B (MR # 12565909) Printed by Amber Poley [POL0964] at 11/23/16  2:57 PM





JBJ-000358