IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES BENNY JACKSON**                                                                 **PLAINTIFF**

**V.**                                                                 **NO. 3:16-CV-189-DMB-RP**

**OIL-DRI CORPORATION OF AMERICA**
**and BLUE MOUNTAIN PRODUCTION**
**COMPANY**                                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with this Court's Memorandum Opinion and Order, this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 27th day of April, 2018.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**